IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAIN MANAGEMENT COMMITTEE STAFF AT CORCORAN STATE PRISON,<br><br>    Defendant.<br>_____/ | 1:12-cv-01828-MJS (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS<br><br>(ECF No. 7) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion seeking leave to proceed in forma pauperis on November 26, 2012, (Mot. for IFP, ECF No. 7), but the form application he submitted is not that provided to him by the Court and lacks the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available. 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service

1  of this order, Plaintiff shall submit a certified copy of his prison trust statement for the six
2  month period immediately preceding the filing of the Complaint.
3  **Failure to comply with this order will result in dismissal of this action.**
4
5  IT IS SO ORDERED.
6  Dated:   November 30, 2012            /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE