# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | CASE No. 1:12-cv-01828-MJS (PC) |
| Plaintiff, | ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| PAIN MANAGEMENT COMMITTEE STAFF AT CORCORAN STATE PRISON, | (ECF No. 12) |
| Defendant. / | |

Plaintiff Roberto Herrera is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed November 8, 2012 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) Plaintiff consented to Magistrate Judge jurisdiction. (Consent to Magistrate, ECF No. 5.)

Pending before the Court is Plaintiff's December 14, 2012 motion to proceed in forma pauperis. (Mot to Proceed IFP, ECF No. 12.)

-1-

Plaintiff's instant motion is denied. The court already has granted the relief sought. The court granted Plaintiff in forma pauperis status by order filed December 14, 2012. (Order Granting IFP, ECF No. 11.)

Accordingly, for the foregoing reasons, it is HEREBY ORDERED that Plaintiff's motion to proceed in forma pauperis, (ECF No. 12) is DENIED.

IT IS SO ORDERED.

Dated:   December 18, 2012            /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE